``O``

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN
2 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )     SA 09-024M
                               )
       v.                      )     ORDER OF DETENTION AFTER HEARING
                               )          (18 U.S.C. § 3142(i))
RIGOBERTO DELGADO RAMIREZ,     )
                               )
                Defendant.     )
_____)

I.

A. (  ) On motion of the Government involving an alleged

    1. (  )  crime of violence;

    2. (  )  offense with maximum sentence of life imprisonment or death;

    3. (  )  narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. (  )  felony - defendant convicted of two or more prior offenses described above.

B. On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

    1. ( X )  serious risk defendant will flee;

    2. (  )  serious risk defendant will

        a. (  )  obstruct or attempt to obstruct justice;

        b. (  )  threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )    appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

    1. ( )   obstruct or attempt to obstruct justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: January 22, 2009

9                                    MARC L. GOLDMAN
                                     _____
10                                   Marc L. Goldman
                                     U.S. Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28